UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIE ROYCE WILLIAMS,<br><br>            Plaintiff,<br><br>     v.<br><br>F. BRANT, *et al.*,<br><br>            Defendants. | Case No.  2:22-cv-01293-JDP (PC)<br><br>ORDER GRANTING PLAINTIFF'S MOTION FOR AN EXTENSION OF TIME<br><br>ECF No. 10 |

Plaintiff has filed a motion for an extension of time to file an amended complaint. ECF No. 10. Good cause appearing, it is hereby ORDERED that:

1. Plaintiff's motion for an extension of time, ECF No. 10, is granted.

2. Plaintiff is granted thirty days from the date of this order in which to file an amended complaint.

IT IS SO ORDERED.

Dated:    November 21, 2022                           _____
                                                                            JEREMY D. PETERSON
                                                                            UNITED STATES MAGISTRATE JUDGE