IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **WILLIE ROYCE WILLIAMS,** | 2:22-cv-01293-JDP (PC) |
| Plaintiff, | **ORDER GRANTING DEFENDANT'S** |
| | **REQUEST TO EXCUSE ATTENDANCE** |
| v. | **OF PRINCIPLE WITH FULL** |
| | **AUTHORITY AT SETTLEMENT** |
| | **CONFERENCE** |
| **F. BRYANT,** | |
| Defendant. | |

A settlement conference is scheduled in this action on September 19, 2023, at 9:30 a.m. before Magistrate Judge Carolyn K. Delaney.  Defendant requested that the Court excuse the attendance of a principle with full settlement authority—the Senior Assistant Attorney General (SAAG) or designee—at the settlement conference.

Upon due consideration, the Court **GRANTS** Defendant's request and excuses the SAAG or designee's attendance at the September 19, 2023 settlement conference.

**IT IS SO ORDERED.**

Dated: 09/13/23

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE