UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIE ROYCE WILLIAMS,<br><br>    Plaintiff,<br><br>    v.<br><br>F. BRYANT, et al.,<br><br>    Defendants. | No.  2:22-cv-01293-DC-JDP (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS<br><br>(Doc. Nos. 36, 37, 38) |

Plaintiff Willie Royce Williams is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On December 9, 2024, the assigned magistrate judge issued findings and recommendations recommending that Plaintiff's filing on November 1, 2024, which the magistrate judge construed as a motion to amend his complaint (Doc. No. 36), be denied as untimely. (Doc. No. 38 at 2, 4.) The magistrate judge also recommended that Defendant's motion to strike Plaintiff's filing, which Defendant construed as a proposed amended complaint, (Doc. No. 37), be denied as moot. (*Id.* at 3–4.) Those pending findings and recommendations were served on the parties and contained notice that any objections thereto were to be filed within fourteen (14) days after service. (*Id.* at 4.) To date, no objections to the pending findings and recommendations have been filed, and the time in which to do so has now passed.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the court concludes that the findings and recommendations are supported by the record and by proper analysis.

Accordingly,

1. The findings and recommendations issued on December 9, 2024 (Doc. No. 38) are ADOPTED in full;
2. Plaintiff's motion for leave to amend the complaint (Doc. No. 36) is DENIED;
3. Defendant's motion to strike Plaintiff's proposed amended complaint (Doc. No. 37) is DENIED as having been rendered moot by this order; and
4. This matter is referred back to the assigned magistrate judge for further proceedings.

IT IS SO ORDERED.

Dated:   **February 6, 2025**   _____
Dena Coggins
United States District Judge

2