1

2

3

4

5

6

7

8              UNITED STATES DISTRICT COURT

9          FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   WILLIE ROYCE WILLIAMS,                    No. 2:22-cv-01293-DC-JDP (PC)

12          Plaintiff,

13       v.                                    ORDER ADOPTING FINDINGS AND
                                               RECOMMENDATIONS AND GRANTING
14   F. BRYANT, et al.                         DEFENDANT

15          Defendants.                        (Doc. Nos. 33, 42)

16

17          Plaintiff Willie Royce Williams is a state prisoner proceeding pro se and *in forma*

18   *pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983. This matter was referred to a

19   United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

20          On February 25, 2025, the assigned magistrate judge issued findings and

21   recommendations recommending that Defendant F. Bryant's motion for summary judgment (Doc.

22   No. 33) be granted because Plaintiff failed to exhaust her administrative remedies.[1] (Doc. No. 42.)

23   The pending findings and recommendations were served on Plaintiff and contained notice that

24   any objections thereto were to be filed within fourteen (14) days after service. (*Id*. at 7.) To date,

25   no objections to the findings and recommendations have been filed, and the time in which to do

26

_____

27   [1] Plaintiff, a transgender inmate, used she/her pronouns in her complaint, leading the magistrate
     judge to likewise use she/her pronouns for Plaintiff in the findings and recommendations. (Doc.
28   No. 42 at 1.)

                                                1

1   so has now passed.

2          In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this court has conducted a

3   *de novo* review of the case. Having carefully reviewed the entire file, the court concludes that the

4   findings and recommendations are supported by the record and by proper analysis.

5          Accordingly,

6          1.     The findings and recommendations issued on February 25, 2025 (Doc. No. 42) are

7                 ADOPTED in full;

8          2.     Defendant F. Bryant's motion for summary judgment (Doc. No. 33) is

9                 GRANTED;

10         3.     Plaintiff's claims are DISMISSED without prejudice for failure to exhaust

11                administrative remedies;

12         4.     Judgment shall be entered in favor of Defendant F. Bryant; and

13         5.     The Clerk of the Court is directed to close this case.

14

15

16         IT IS SO ORDERED.

17   Dated:   **April 10, 2025**

18                                              Dena Coggins
                                                United States District Judge
19

20

21

22

23

24

25

26

27

28